928 P.2d 39

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| State v. Radcliffe | 18555 | 11/04/96 | Vacated in part and Affirmed | |
| State v. Hamala | 17681 | 11/04/96 | Vacated and Remanded | |
| Miller v. Manuel | 16687 | 11/18/96 | Granting Motion for Reconsideration and Affirmed | |

| | | | | |
|---|---|---|---|---|
| Doe, In Interest of | 18291 | 12/6/96 | Granted | 83 Hawai‘i 367, 926 P.2d 1290 |
| State v. Clark | 18406 | 10/31/96 | Denied | 83 Hawai‘i 289, 926 P.2d 194 |
| State v. Junior | 17790 | 11/25/96 | Denied | 83 Hawai‘i 335, 926 P.2d 1258 |
| State v. Pulse | 16726 | 10/14/96 | Denied | 83 Hawai‘i 229, 925 P.2d 797 |

| | | | | |
|---|---|---|---|---|
| Kaina v. Kapalua Land Co., Ltd. | 16149 | 10/28/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| Labayog v. Labayog; Labayog, In re Estate of | 16096, 16310 | 12/10/96 | Dismissed | 83 Hawai‘i 412, 927 P.2d 420 |
| State v. Lessary | 18505 | 10/21/96 | Denied | 83 Hawai‘i 280, 925 P.2d 1104 |
| State v. Miyashita | 16862 | 10/29/96 | Granted | —— Hawai‘i —— —— P.2d —— |